No. 386. DE GUIA ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Ernest Schein* for petition-

896

ers. *Acting Solicitor General Stern* for the United States.